ROGER N. GOLDEN (SBN 61294)  Email: rngolden@earthlink.net
ROGER N. GOLDEN, A Professional Corporation
6303 Owensmouth Ave, 10th Floor
Woodland Hills, CA 91367
Telephone:     (818) 707-1528

DAVID B. GOLUBCHIK (SBN 185520) Email: dbg@lnbyb.com
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys For Plaintiff

**FILED & ENTERED**

AUG 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| IN RE: | Case No. 2:08-bk-27144-SB |
| JANET HOM, an individual | CHAPTER 7 |
|    Debtor | Adv No. 09-01028-SB |
| AMAY'S BAKERY & NOODLE CO., INC., | **ORDER FOLLOWING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |
|    Plaintiff, | |
| Vs. | Hearing: |
| JANET HOM, | Date:  November 3, 2009 |
|    Defendant. | Time:  2:00 p.m. |
| | Place: Courtroom 1575 |

///

///

///

1

A hearing was held on November 3, 2009 at 2:00 p.m. before the Honorable Samuel Bufford, United States Bankruptcy Judge, to consider the Motion ("Motion") filed by Amay's Bakery & Noodle Co., Inc. ("Amay's"), for Partial Summary Judgment on the Second Cause of Action (11 U.S.C. § 523(a)(6)) asserted in Amay's Complaint For Nondischargeability Of Particular Debts [11 U.S.C. §§523(a)(4) and (6)]  (the "Complaint") as against Janet Hom ("Janet"), the defendant in the above-referenced adversary proceeding.  Appearances were as set forth on the Court's record.

This Court, having considered the Motion and all pleadings, documents and evidence in support of the Motion, as well as the "Proposed Statement of Uncontroverted Facts and Conclusions of Law" filed in support thereof, Janet's opposition to the Motion and all pleadings, documents and evidence in support of the Opposition, as well Amay's response thereto, the entire record in this adversary proceeding, the statements, representations and argument of counsel at the hearing on the Motion, proper notice of the Motion and the hearing on the Motion having been provided, and having good cause appearing,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Amay's has satisfied its burden of proof with respect to the "willful" requirement of 11 U.S.C. § 523(a)(6) by showing, by a preponderance of the evidence, that Janet deliberately and intentionally injured Amay's or property of Amay's;

2. Amay's has partially satisfied its burden of proof with respect to the "malicious" requirement of 11 U.S.C. § 523(a)(6) by showing, by a preponderance of the evidence, that Janet's actions were wrongful;

3. Amay's has not satisfied its burden of proof with respect to the second element of the "malicious" requirement of 11 U.S.C. § 523(a)(6) in that there was insufficient showing

that Janet's actions were done without just cause or excuse;

4.    A trial in this matter will be scheduled to determine whether Janet's actions were done without just cause of excuse; and

5.    In the event that a determination is made at trial that Janet's actions were not done without just cause of excuse, judgment pursuant to 11 U.S.C. § 523(a)(6) will be entered in favor of Amay's and against Janet.

**IT IS SO ORDERED.**

### ###

DATED: August 27, 2010

_____
United States Bankruptcy Judge

3

| In re:<br>JANET HOM,                                            Debtor(s).<br>AMAY'S BAKERY & NOODLE CO., INC., VS. JANET HOM. | CHAPTER  11<br>CASE NUMBER  2:08-bk-27144-SB<br>ADVERSARY NUMBER 09-0128-SB |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067

A true and correct copy of the foregoing document described **ORDER FOLLOWING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**    will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 18, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

N/A                                                                        ☐    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **August 18, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

***VIA U.S. MAIL***
Steven Schwaber, Esq.
2600 Mission Street #100
San Marino, CA 91108                              ☐    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 18, 2010**  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**COURTESY COPY SERVED VIA ATTORNEY MESSENGER DELIVERY:**
Hon. Samuel Bufford
United States Bankruptcy Court
Central District of California
Los Angeles Division
255 E. Temple Street, Ctrm 1575
Los Angeles, CA  90012                             ☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 18, 2010 | Angela Antonio | */s/ Angela Antonio* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re:<br>JANET HOM,                                    Debtor(s).<br>AMAY'S BAKERY & NOODLE CO., INC., VS. JANET HOM. | CHAPTER   11<br>CASE NUMBER  2:08-bk-27144-SB<br>ADVERSARY NUMBER 09-0128-SB |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER FOLLOWING HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** was entered on the date indicated as   Entered   on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**   Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **August 27, 2010**  the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

 * David B Golubchik     dbg@lnbrb.com
 * Steven A Schwaber     schwaberlaw@sbcglobal.net
 * United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an   Entered   stamp, the party lodging the judgment or order will serve a complete copy bearing an   Entered   stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐   Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                       **F 9021-1.1**